IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| DATAQUILL LIMITED | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 2:13-cv-00633-JRG-RSP |
| | § | |
| HUAWEI TECHNOLOGIES CO LTD et al | § | |

## ORDER

Before the Court is Plaintiff DataQuill Limited ("DataQuill") and Defendants Huawei Technologies Co., Ltd.; Huawei Technologies USA, Inc.; Huawei Device Co. Ltd.; Huawei Device, USA, Inc.; and Futurewei Technologies, Inc., ("Huawei Defendants") Joint Motion to Stay All Pending Deadlines and Notice of Settlement (Dkt. No. 88, filed November 3, 2014). The Court, having considered the moving parties' present motion and their specific statement that the parties "have reached, in principal, a settlement agreement that resolves all matters in this controversy between them," finds that the motion should be **GRANTED-IN-PART**, as follows:

- **IT IS ORDERED** that the deadlines between the moving parties are stayed until December 2, 2014 pending final settlement; and

- **IT IS ORDERED** that, if the moving parties have not filed a joint motion to dismiss after December 2, 2014, counsel for the moving parties will appear for a hearing before the Court on Thursday, December 4, 2014, at 1:00 p.m.

**AS AN ADDITIONAL MATTER**, while the Huawei Defendants are free to decline to participate in the Claim Construction Hearing set for November 4, 2014, they should be aware

that they will be bound by the result of that hearing in the event that their settlement is not ultimately consummated.

**SIGNED this 3rd day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE